# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**BLACK UNITY, et al.**                                    Case No.: 6:21−cv−00346−AA
    Plaintiff,

**v.**

**CITY OF SPRINGFIELD, et al.**
    Defendant.

## Fed. R. Civ. P. 26(a)(1) Discovery Agreement

    Pursuant to LR 26−2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:** July 12, 2021

| | |
|---:|:---|
| **Signature:** | /s/ Marianne Dugan |
| **Name and OSB ID:** | Marianne Dugan, OSB # 932563 |
| **E−mail Address:** | mdugan@cldc.org |
| **Firm Name:** | Civil Liberties Defense Center |
| **Mailing Address:** | 1430 Willamette St. # 359 |
| **City, State, Zip:** | Eugene, OR 97401 |
| **Parties Represented:** | all Plaintiffs |