**Thomas F. Armosino, OSB #911954**
Email: Armosino@fdfirm.com
**Casey S. Murdock, OSB #144914**
Email: Murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 East Barnett Road
Medford, OR 97504
Phone: (541) 772-2333
Fax: (541) 779-6379
   Of Attorneys for Defendant City of Springfield

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| BLACK UNITY; MARTIN ALLUMS; TYSHAWN FORD; AUSTIN JOHNS; MYA LANSING, and JAZMINE JOURDAN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SPRINGFIELD, a municipal corporation; CHIEF RICHARD L. LEWIS; LT GEORGE CROLLY # 307; LT MATTHEW NNEIWART; LT TOM RAPP; SGT DAVID GRICE; SGT PETE KIRKPATRICK; SGT KEITH SEANOR # 297; A.A. AMUNDSON # 343; T.J. BAZER # 390; BRIAN K. BRAGG # 380; JOSEPH BURKE # 365; DANIEL CASAREZ # 215; ROBERT J. CONRAD # 286; B.P. DUNN #205; BRONSON DURRANT # 382; J. GARCIA-CASH # 397; T.J. MURRAY # 398; J.J. MYERS # 355; CONNOR J. O'LEARY # 395; JARED QUINONES # 363; R.A. ROSALES # 225; ERIC A. SORBY # 376; M.J. THOMSEN # 310; L.E. TURNER # 328; J.M. WILSON # 344; DETECTIVE ROBERT WEAVER # 4854; KODY LANE; TINA PARDEE; | Case No.: 6:21-cv-346-AA<br><br>**DEFENDANT CITY OF SPRINGFIELD'S UNOPPOSED MOTION FOR EXTENSION OF COURT DEADLINES** |

Page 1 – DEFENDANT CITY OF SPRINGFIELD'S UNOPPOSED MOTION FOR EXTENSION OF COURT DEADLINES

and KYLEE WELCH, in their individual
capacities;

                            Defendants.

Defendant City of Springfield respectfully requests that the Court extend the current court-established deadlines as set forth below. Plaintiffs do not oppose this request.

The reason for the request is that the parties are continuing to confer about production of certain discovery matters, and depositions that were scheduled earlier this year had to be postponed due to inclement weather.

The current and requested deadlines are:

|  | CURRENT | REQUESTED |
|---|---|---|
| Discovery complete; confer as to ADR; file all pleadings and join all claims: | 01/31/2024 | 05/31/2024 |
| Dispositive Motions: | 03/01/2024 | 07/01/24 |
| Joint Alternate Dispute Report: | 03/01/2024 | 07/01/24 |
| Pretrial Order: | 04/15/2024 | 08/15/2024<br>If no dispositive motions filed; otherwise 45 days following the Court's ruling on any dispositive motions |

Respectfully submitted this 1st day of March, 2024.

                            FROHNMAYER, DEATHERAGE, JAMIESON,
                            MOORE, ARMOSINO & McGOVERN, P.C.

                            *s/ Thomas F. Armosino*
                            Thomas F. Armosino, OSB #911954
                            Armosino@fdfirm.com
                            Casey S. Murdock, OSB #144914
                            Murdock@fdfirm.com
                            Of Attorneys for Defendant City of Springfield

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT CITY OF SPRINGFIELDS' MOTION FOR EXTENSION OF COURT DEADLINES** upon:

Lauren Regan
lregan@cldc.org
Marianne Dugan
mdugan@cldc.org
Sarah Alvarez
salvarez@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1430 Willamette Street, #359
Eugene, OR 97402
  Attorneys for Plaintiffs

Robert E. Franz Jr.
rfranz@franzlaw.comcastbiz.net
Sarah R. Henderson
shenderson@franzlaw.comcastbiz.net
LAW OFFICE OF ROBERT FRANZ JR.
730 B Street
P.O. Box 62
Springfield, OR 97477
  Attorney for Defendant Officers

Kenneth S. Montoya
kenny@montoyalaw.org
350 Mission Street SE, Ste. 202
Salem, OR 97302
Telephone: 503-503-580-3389
  Attorney for R.A. Rosales and Detective Robert Weaver

By email service on March 1, 2024, and by automatic electronic transmission via the Court's Case Management/Electronic Case Files system on March 3, 2024.

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.

_s/ Thomas F. Armosino_
Thomas F. Armosino, OSB #911954
Armosino@fdfirm.com
Of Attorneys for Defendant City of Springfield