**Robert E. Franz, Jr.**     OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
  Attorneys for Defendants Lewis, Crolly, Neiwert, Rappé, Grice, Kirkpatrick, Seanor, Amundson, Bazer, Bragg, Casarez, Conrad, Dunn, Durrant, Garcia-Cash, Lane, Murray, Myers, O'Leary, Pardee, Quinones, Sorby, Thomsen, Turner, Welch, and Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Black Unity, Martin Allums, Tyshawn Ford, Austin Johns, Mya Lansing, and Jazmine Jourdan,<br>        Plaintiffs,<br><br>        vs.<br><br>City of Springfield, a municipal corporation, Richard L. Lewis, Lt. George Crolly, Lt. Matt Neiwert, Lt. Tom Rappé, Sgt. David Grice, Sgt. Pete Kirkpatrick, Sgt. Keith Seanor, A.A. Amundson, T.J. Bazer, Brian Bragg, Joseph Burke, Daniel Casarez, Robert J. Conrad, B.P. Dunn, Bronson Durrant, J. Garcia-Cash, T.J. Murray, J.J. Myers, Connor O'Leary, Jared Quinones, Robert A. Rosales, Eric A. Sorby, M.J. Thomsen, L.E. Turner, J.M. Wilson, Detective Robert Weaver, Kody Lane, Tina Pardee, and Kylee Welch, in their individual capacities,<br>        Defendants. | Case No. 6:21-cv-0346-AA<br><br>**Limited Judgment of Dismissal of Defendants Amundson, Bazer, Crolly, Dunn, Garcia-Cash, Murray, Myers, Neiwert, Quinones, Rosales, Seanor, Thomsen, Welch, and Wilson** |

Page 1 of 3 – Limited Judgment of Dismissal

BASED UPON THE STIPULATION OF THE PARTIES, by and through their attorneys of record as acknowledged below, Plaintiffs hereby voluntarily dismiss Defendants Allan A. Amundson, Tanner J. Bazer, George J. Crolly, Brian P. Dunn, Julio N. Garcia-Cash, Terry J. Murray, Justin J. Myers, Matthew M. Neiwert, Jared E. Quinones, Keith D. Seanor, Matthew J. Thomsen, and James M. Wilson from this lawsuit, with prejudice, and without costs or fees.

Plaintiffs have previously voluntarily dismissed Defendants Robert A. Rosales and Kylee R. Welch from this lawsuit, but no limited judgment has been entered. *See* ECF Doc. No. 70, Plaintiffs' Stipulated Notice of Dismissal, dated December 28, 2022.

Pursuant to FRCP 54(b), the Court having determined that there is no just reason for delay, IT IS NOW THEREFORE ADJUDGED that judgment be rendered, and judgment is hereby rendered, dismissing Defendants Allan A. Amundson, Tanner J. Bazer, George J. Crolly, Brian P. Dunn, Julio N. Garcia-Cash, Terry J. Murray, Justin J. Myers, Matthew M. Neiwert, Jared E. Quinones, Keith D. Seanor, Matthew J. Thomsen, and James M. Wilson, as well as previously dismissed Defendants Robert A. Rosales and Kylee R. Welch, from this lawsuit, with prejudice, and without costs or fees.

DATED this  22nd   day of August 2024.

      /s/Ann Aiken
      Ann Aiken
      Senior United States District Court Judge

IT IS SO STIPULATED:

| /s/ Marianne Dugan | /s/ Thomas Armosino |
|---|---|
| Marianne Dugan   OSB # 932563 | Thomas Armosino   OSB # 911954 |
| mdugan@cldc.org | Armosino@fdfirm.com |

<table>
<tr><td>

CIVIL LIBERTIES DEFENSE CENTER
1430 Willamette St. # 359
Eugene, OR 94701
Telephone:  (541) 687-9180
  Of Attorneys for Plaintiffs

</td><td>

FROHNMAYER, DEATHERAGE,
JAMIESON, MOORE, ARMOSINO &
McGOVERN, P.C.
1430 Willamette St. # 359
Eugene, OR 94701
Telephone:  (541) 687-9180
  Of Attorneys for Defendant
City of   Springfield

</td></tr>
<tr><td>

/s/ Amanda L. Reilly
Amanda L. Reilly     OSB #194422
amanda@montoyalaw.org
MONTOYA LAW LLC
350 Mission Street SE, Ste. 202
Salem, OR97302
Telephone: (503) 990-8436
Fax: (503) 878-8598
  Of Attorneys for Defendants Burke, Rosales, and Weaver

</td><td>

/s/ Sarah R. Henderson
Sarah R. Henderson     OSB #730915
shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR  97477
Telephone:  (541) 741-8220
  Of Attorneys for Defendants Lewis, Crolly, Neiwert, Rappe, Grice, Kirkpatrick, Seanor, Amundson, Bazer, Bragg, Casarez, Conrad, Dunn, Durrant, Garcia-Cash, Lane, Murray, Myers, O'Leary, Pardee, Quinones, Sorby, Thomsen, Turner, Welch, and Wilson

</td></tr>
</table>