**Robert E. Franz, Jr.**     OSB #730915
E-Mail:  rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail:  shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
  Attorneys for Defendants Lewis, Rappé, Grice, Kirkpatrick, Bragg, Casarez, Conrad, Durrant, Lane, O'Leary, Pardee, Sorby, and Turner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Black Unity, Martin Allums, Tyshawn Ford, Austin Johns, Mya Lansing, and Jazmine Jourdan,<br><br>    Plaintiffs,<br><br>    vs.<br><br>City of Springfield, a municipal corporation, Richard L. Lewis, Lt. George Crolly, Lt. Matt Neiwert, Lt. Tom Rappé, Sgt. David Grice, Sgt. Pete Kirkpatrick, Sgt. Keith Seanor, A.A. Amundson, T.J. Bazer, Brian Bragg, Joseph Burke, Daniel Casarez, Robert J. Conrad, B.P. Dunn, Bronson Durrant, J. Garcia-Cash, T.J. Murray, J.J. Myers, Connor O'Leary, Jared Quinones, Robert A. Rosales, Eric A. Sorby, M.J. Thomsen, L.E. Turner, J.M. Wilson, Detective Robert Weaver, Kody Lane, Tina Pardee, and Kylee Welch, in their individual capacities,<br><br>    Defendants. | Case No. 6:21-cv-0346-AA<br><br>**Declaration of Sarah R. Henderson in Support of the Response to Plaintiffs' Motion for Partial Summary Judgment** by Defendants Lewis, Rappé, Grice, Kirkpatrick, Bragg, Casarez, Conrad, Durrant, Lane, O'Leary, Pardee, Sorby, and Turner |

Page 1 of 2 – Declaration of Sarah R. Henderson in Support of the Response
      to Plaintiffs' Motion for Partial Summary Judgment

I, Sarah R. Henderson, hereby declare under penalty of perjury as follows:

I am over the age of 18 years, and I make this declaration based on my personal knowledge of the facts contained herein.

I am one of the attorneys for Defendants Lewis, Rappé, Grice, Kirkpatrick, Bragg, Casarez, Conrad, Durrant, Lane, O'Leary, Pardee, Sorby, and Turner in the above-entitled matter.

This Declaration is in support of both the Motion for Summary Judgment filed by Defendants Lewis, Rappé, Grice, Kirkpatrick, Bragg, Casarez, Conrad, Durrant, Lane, O'Leary, Pardee, Sorby, and Turner, and their Response to Plaintiffs' Motion for Partial Summary Judgment.

Attached hereto as Exhibit 535, is a true and correct copy of the No Contest plea signed by Tyshawn L. Ford, Defendant in the matter of *City of Springfield v. Tyshawn L. Ford,* in the Municipal Court for the City of Springfield, dated September 20, 2021.

PURSUANT TO 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

| | |
|---|---|
| /s/ Sarah R. Henderson | 11/20/2024 |
| Sarah R. Henderson | Date |