**Robert E. Franz, Jr.**     OSB #730915
E-Mail: rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**     OSB #153474
E-Mail: shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone: (541) 741-8220
  Attorneys for Defendants Lewis, Rappé, Grice, Kirkpatrick, Bragg, Casarez, Conrad, Durrant, Lane, O'Leary, Pardee, Sorby, and Turner

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| Black Unity, Martin Allums, Tyshawn Ford, Austin Johns, Mya Lansing, and Jazmine Jourdan,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>City of Springfield, a municipal corporation, Richard L. Lewis, Lt. George Crolly, Lt. Matt Neiwert, Lt. Tom Rappé, Sgt. David Grice, Sgt. Pete Kirkpatrick, Sgt. Keith Seanor, A.A. Amundson, T.J. Bazer, Brian Bragg, Joseph Burke, Daniel Casarez, Robert J. Conrad, B.P. Dunn, Bronson Durrant, J. Garcia-Cash, T.J. Murray, J.J. Myers, Connor O'Leary, Jared Quinones, Robert A. Rosales, Eric A. Sorby, M.J. Thomsen, L.E. Turner, J.M. Wilson, Detective Robert Weaver, Kody Lane, Tina Pardee, and Kylee Welch, in their individual capacities,<br><br>　　Defendants. | Case No. 6:21-cv-0346-AA<br><br>**Exhibit 501**<br>Declaration of<br>Connor O'Leary<br><br>**(VIDEO – SUBMITTED ON THUMB-DRIVE)** |

**Robert E. Franz, Jr.**   OSB #730915
E-Mail: rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**   OSB #153474
E-Mail: shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone: (541) 741-8220
 Attorneys for Defendants Lewis, Rappé, Grice, Kirkpatrick, Bragg, Casarez, Conrad, Durrant, Lane, O'Leary, Pardee, Sorby, and Turner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Black Unity, Martin Allums, Tyshawn Ford, Austin Johns, Mya Lansing, and Jazmine Jourdan,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Springfield, a municipal corporation, Richard L. Lewis, Lt. George Crolly, Lt. Matt Neiwert, Lt. Tom Rappé, Sgt. David Grice, Sgt. Pete Kirkpatrick, Sgt. Keith Seanor, A.A. Amundson, T.J. Bazer, Brian Bragg, Joseph Burke, Daniel Casarez, Robert J. Conrad, B.P. Dunn, Bronson Durrant, J. Garcia-Cash, T.J. Murray, J.J. Myers, Connor O'Leary, Jared Quinones, Robert A. Rosales, Eric A. Sorby, M.J. Thomsen, L.E. Turner, J.M. Wilson, Detective Robert Weaver, Kody Lane, Tina Pardee, and Kylee Welch, in their individual capacities,<br><br>Defendants. | Case No. 6:21-cv-0346-AA<br><br>**Exhibit 502**<br>Declaration of Connor O'Leary<br><br>**(VIDEO – SUBMITTED ON THUMB-DRIVE)** |

**Robert E. Franz, Jr.**   OSB #730915
E-Mail: rfranz@franzlaw.comcastbiz.net
**Sarah R. Henderson**   OSB #153474
E-Mail: shenderson@franzlaw.comcastbiz.net
FRANZ & HENDERSON
P.O. Box 62
Springfield, OR 97477
Telephone: (541) 741-8220
  Attorneys for Defendants Lewis, Rappé, Grice, Kirkpatrick, Bragg, Casarez, Conrad, Durrant, Lane, O'Leary, Pardee, Sorby, and Turner

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| Black Unity, Martin Allums, Tyshawn Ford, Austin Johns, Mya Lansing, and Jazmine Jourdan,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Springfield, a municipal corporation, Richard L. Lewis, Lt. George Crolly, Lt. Matt Neiwert, Lt. Tom Rappé, Sgt. David Grice, Sgt. Pete Kirkpatrick, Sgt. Keith Seanor, A.A. Amundson, T.J. Bazer, Brian Bragg, Joseph Burke, Daniel Casarez, Robert J. Conrad, B.P. Dunn, Bronson Durrant, J. Garcia-Cash, T.J. Murray, J.J. Myers, Connor O'Leary, Jared Quinones, Robert A. Rosales, Eric A. Sorby, M.J. Thomsen, L.E. Turner, J.M. Wilson, Detective Robert Weaver, Kody Lane, Tina Pardee, and Kylee Welch, in their individual capacities,<br><br>Defendants. | Case No. 6:21-cv-0346-AA<br><br>**Exhibit 503**<br>Declaration of<br>Kody A. Lane<br><br>**(VIDEO – SUBMITTED ON THUMB-DRIVE)** |

Black Unity v. City of Springfield, Et al.

6:21-cv-0346-AA

O'Leary Decl. Exhibits 501–503

