Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
Lauren C. Regan, OSB # 970878
Email: lregan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street, Ste 301 #359
Eugene, OR 97401
Telephone: 541-687-9180

    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BLACK UNITY; MARTIN ALLUMS; TYSHAWN FORD; AUSTIN JOHNS; MYA LANSING; and JAZMINE JOURDAN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SPRINGFIELD, a municipal corporation, *et al.*, <br><br> Defendants. | Case No. 6:21-cv-346-AA <br><br> FIFTH DECLARATION OF MARIANNE DUGAN IN SUPPORT OF PLAINTIFFS' RESPONSE TO INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT – REGARDING VIDEO EXHIBIT BB |

    1.    I am one of the attorneys for the plaintiffs in this case. I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

    2.    Today I have submitted through conventional filing, on a flash drive, video Exhibits T, AA, BB, CC, and DD, which I described in my Fourth Declaration, filed December 20, 2024 (docket # 147). These Exhibits are cited in our response to the individual defendants' motion for summary judgment (docket # 141). At that time I did provide opposing counsel with a link to download those exhibits, except for Exhibit BB, which I was at that time unable to locate.

    3.    I have now located the video that is Exhibit BB. Between the 2:40 and 2:57 time stamp is the discussion between an officer and a Black woman with a T-shirt that said "PRESS" on the front in large letters, holding a camera, that she could not go past the barricades but the counter-

PAGE 1 of 2 – FIFTH DUGAN DECL – RE VIDEO EXHIBIT BB

protesters could, because they "don't hate all cops." I know there is another video with a shot from the other angle, showing the woman, but I do not know where that one is. The label of the file indicates this is a compilation that was obtained through the Register-Guard's website, and it is my recollection that we did download it from there prior to filing suit. I do not see it on their website now.

      4.      In addition to providing these videos to the Court on a flash drive, I am sending opposing counsel a link to download the newly-located Exhibit BB.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed September 29, 2025, at Eugene, Oregon.

                                                                       /s/ Marianne Dugan  
                                              CIVIL LIBERTIES DEFENSE CENTER  
                                              1711 Willamette St. Suite 301 #359  
                                              Eugene, OR  97401  
                                              Telephone:  541-687-9180  
                                              mdugan@cldc.org

PAGE 2 of 2 – FIFTH DUGAN DECL – RE VIDEO EXHIBIT BB