Kenneth S. Montoya, OSB #064467
*kenny@montoyalaw.org*
Keegan C. Murphy, OSB #194294
*keegan@montoyalaw.org*
Dallin M. Snyder, OSB#256020
*dallin@montoyalaw.org*
Montoya Law
350 Mission St. SE, Suite 202
Salem, OR 97302
Telephone: (503) 990-8436
Fax: (503) 878-8598
    *Attorneys for Defendant Joseph Burke*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| BLACK UNITY; MARTIN ALLUMS; TYSHAWN FORD; AUSTIN JOHNS; and MYA LANSING, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SPRINGFIELD, a municipal corporation; CHIEF RICHARD L. LEWIS; LT. GEORGE CROLLY #307; LT. MATTHEW NEIWART; LT. TOM RAPPE; SGT. DAVID GRICE; SGT. PETE KIRKPATRICK; SGT. KEITH SEANOR #297; A.A. AMUNDSON #343; T.J. BAZER #390; B.K. BRAGG #380; JOSEPH BURKE #365; DANIEL CASAREZ #215; R.J. CONRAD #286; B.P. DUNN #205; BRONSON DURRANT #382; J. GARCIA-CASH #397; T.J. MURRAY #398; J.J. MYERS #355; C.J. O'LEARY #395; JARED QUINONES #363; R.A. ROSALES #225; E.A. SORBY #396; M.J. THOMSEN #310; L.E. TURNER #328; J.M. WILSON #344; DETECTIVE ROBERT WEAVER #4854; and JOHN DOE, in their individual capacities, <br><br> Defendants. | Case No. 6:21-cv-346-AA <br><br> **NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT JOSEPH BURKE** |

Page 1 – **NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT JOSEPH BURKE**

PLEASE TAKE NOTICE that Dallin M. Snyder, Oregon State Bar No. 256020, of Montoya Law LLC, 350 Mission St., Suite 202, Salem, OR 97302, telephone (503) 990-8436, email [dallin@montoyalaw.org](mailto:dallin@montoyalaw.org), is being associated with Kenneth S. Montoya and Keegan C. Murphy of Montoya Law LLC as an attorney of record for defendant Joseph Burke.

DATED this 15th day of January, 2026.

                                                s/Dallin M. Snyder
Dallin M. Snyder, OSB#256020
Keegan C. Murphy, OSB#194264
Kenneth S. Montoya, OSB #064467
*Attorneys for Defendant Joseph Burke*

Page 2 – **NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT JOSEPH BURKE**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT JOSEPH BURKE on:

    Lauren C. Regan
    Marianne Dugan
    Sarah Alvarez
    Civil Liberties Defense Center
    1430 Willamette Street, #359
    Eugene, OR 97402
        Attorneys for Plaintiffs

    Thomas F. Armosino
    Casey S. Murdock
    Frohnmayer Deatherage, et al.
    2592 E. Barnett Rd.
    Medford, OR 97501
        Attorneys for Defendant City of Springfield

    Robert E. Franz, Jr.
    Sarah Rose Henderson
    P.O. Box 62
    Springfield, OR 97477
        Attorney for Defendants Lewis; Crolly; Neiwart; Rappe;
        Grice; Kirkpatrick; Seanor; Amundson; Bazer; Bragg;
        Burke; Casarez; Conrad; Dunn; Durrant; Garcia-Cash;
        Murray; Myers; O'Leary; Quinones; Thomsen; Turner;
        Wilson and Sorby

by the following indicated method or methods:

    [X]    by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

        by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

        by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorneys' last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 15th day of January, 2026.

                                                          s/Dallin M. Snyder
                                                  Dallin M. Snyder, OSB#256020
                                                  Keegan C. Murphy, OSB#194264
                                                  Kenneth S. Montoya, OSB #064467
                                                  *Attorneys for Defendant Joseph Burke*

CERTIFICATE OF SERVICE