# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Oregon

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 6:21-cv-00346-AA

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/08/2021

Date of judgment or order you are appealing: 01/23/2026

Docket entry number of judgment or order you are appealing: 162

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Joseph Burke, Robert Weaver

Is this a cross-appeal?  ○ Yes  ☉ No

If yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?  ○ Yes  ☉ No

If yes, what is the prior appeal case number? N/A

Your mailing address (if pro se):

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** Amanda L. Reilly, OSB 194422    **Date** 02/23/2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                    Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Joseph Burke, Robert Weaver

Name(s) of counsel (if any):

Amanda Reilly, Keegan Murphy, Kenny Montoya

Address: 350 Mission Street SE, Suite 202, Salem, Oregon 97302

Telephone number(s): 503-990-8436

Email(s): amanda@montoyalaw.org; keegan@montoyalaw.org; kenny@montoya

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Black Unity, Martin Allums, Tyshawn Ford, Austin Johns, Mya Lansing, Jazmine Jourdan

Name(s) of counsel (if any):

Lauren C. Regan, Marianne Dugan

Address: 1711 Willamette St. Suite 301, Eugene, OR 97401

Telephone number(s): 541-687-9180

Email(s): lregan@cldc.org, mdugan@cldc.org

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                              *New 12/01/2018*