Marianne Dugan, OSB # 932563
Email:  mdugan@cldc.org
Lauren C. Regan, OSB # 970878
Email: lregan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street, Ste 301 #359
Eugene, OR  97401
Telephone:  541-687-9180

       Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BLACK UNITY; MARTIN ALLUMS; TYSHAWN FORD; AUSTIN JOHNS; MYA LANSING; and JAZMINE JOURDAN, | Case No. 6:21-cv-346-AA |
| Plaintiffs, | CORRECTED JOINT STATUS REPORT (with e-signatures) |
| v. | |
| CITY OF SPRINGFIELD, a municipal corporation, *et al.*, | |
| Defendants. | |

Pursuant to the Court's May 19, 2026, minute order (Dkt 166), the parties report that they met for a Ninth Circuit mediation conference on June 25, 2026, at the Federal Courthouse in Eugene, and have reached an agreement to resolve the case. Defendant City of Springfield will provide a draft written agreement to Plaintiffs by July 1, 2026. A status call with the mediator is set for July 28, 2026, at 10:00 a.m., at which time the parties expect to have the written agreement finalized, with the appropriate documents to be filed with this Court and the Ninth Circuit Court of Appeals either by that date or shortly thereafter.

     DATED:  July 1, 2026.

| | |
|---|---|
|   /s/ Marianne Dugan |    /s/ Tom Armosino |
| Marianne Dugan, OSB # 932563 | Tom Armosino, OSB # 911954 |
| Email:  mdugan@cldc.org | Email: armosino@fdfirm.com |

Page 1 – CORRECTED JOINT STATUS REPORT (WITH E-SIGNATURES)

| | |
|---|---|
| _/s/ Lauren Regan_<br>Lauren Regan, OSB # 970878<br>Email: lregan@cldc.org<br><br>CIVIL LIBERTIES DEFENSE CENTER<br>1711 Willamette Street, Ste 301 # 359<br>Eugene, OR  97401<br>Telephone:  541-687-9180<br><br>   *Attorneys for Plaintiffs* | FROHNMAYER DEATHERAGE<br>2592 E Barnett Rd<br>Medford, OR 97504<br><br>   *Attorney for Defendant City of Springfield* |
| _/s/ Sarah R. Henderson_<br>Sarah R. Henderson, OSB # 153474<br>Email: shenderson@franzlaw.comcastbiz.net<br><br>FRANZ & HENDERSON<br>730 B Street<br>PO Box 62<br>Springfield, OR 97477<br><br>   *Attorney for Defendants Bragg, Casarez, Conrad, Durrant, Grice, Kirkpatrick, Lane, Lewis, O'Leary, Pardee, Rappe, Sorby, and Turner* | _/s/ Kenny Montoya_<br>Kenny Montoya, OSB # 064467<br>Email: kenny@montoyalaw.org<br><br>MONTOYA LAW LLC<br>350 Mission St SE Ste 202<br>Salem, OR 97302<br><br>   *Attorney for Defendants Weaver and Burke* |

Page 2 – CORRECTED JOINT STATUS REPORT (WITH E-SIGNATURES)