IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BLACK UNITY; MARTIN ALLUMS; TYSHAWN FORD; AUSTIN JOHNS; and MYA LANSING, | Case No.: 6:21-cv-346-AA |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| CITY OF SPRINGFIELD; CHIEF RICHARD L. LEWIS; LT GEORGE CROLLY # 307; LT MATTHEW NEIWART; LT TOM RAPPE; SGT DAVID GRICE; SGT PETE KIRKPATRICK; SGT KEITH SEANOR # 297; A.A. AMUNDSON # 343; T.J. BAZER # 390; B.K. BRAGG # 380; JOSEPH BURKE # 365; DANIEL CASAREZ # 215; R.J. CONRAD # 286; B.P. DUNN # 205; BRONSON DURRANT # 382; J. GARCIA-CASH # 397; T.J. MURRAY # 398; J.J. MYERS # 355; C.J. O'LEARY # 395; JARED QUINONES # 363; R.A. ROSALES # 225; E.A. SORBY # 376; M.J. THOMSEN # 310; L.E. TURNER # 328; J.M. WILSON # 344; DETECTIVE ROBERT WEAVER # 4854; KODY LANE; and JOHN DOES 1-10, in their individual capacities, | |
| Defendants, | |

Marianne Dugan, attorney for the Plaintiff, hereby dismisses with prejudice and without costs, disbursements, or attorneys' fees, the following named individual Defendants:

///

///

///

///

Page 1 – NOTICE OF DISMISSAL

1.  CHIEF RICHARD L. LEWIS

2.  LT TOM RAPPE

3.  SGT DAVID GRICE

4.  SGT PETE KIRKPATRICK

5.  JOSEPH BURKE # 365

6.  DANIEL CASAREZ # 215

7.  BRONSON DURRANT # 382

8.  L.E. TURNER # 328

9.  DETECTIVE ROBERT WEAVER # 4854

10. KODY LANE

11. TINA PARDEE

12. JOHN DOES 1-10

Dated: ___7/22___, 2026.

_____
Marianne Dugan, OSB No. 932563
*Of Attorney for Plaintiffs*