**Thomas F. Armosino, OSB #911954**
Email: Armosino@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 East Barnett Road
Medford, OR 97504
Phone: (541) 772-2333
Fax: (541) 779-6379
   Of Attorneys for Defendant City of Springfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BLACK UNITY; MARTIN ALLUMS; TYSHAWN FORD; AUSTIN JOHNS; and MYA LANSING, | Case No.: 6:21-cv-346-AA |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | |
| CITY OF SPRINGFIELD; CHIEF RICHARD L. LEWIS; LT GEORGE CROLLY # 307; LT MATTHEW NEIWART; LT TOM RAPPE; SGT DAVID GRICE; SGT PETE KIRKPATRICK; SGT KEITH SEANOR # 297; A.A. AMUNDSON # 343; T.J. BAZER # 390; B.K. BRAGG # 380; JOSEPH BURKE # 365; DANIEL CASAREZ # 215; R.J. CONRAD # 286; B.P. DUNN # 205; BRONSON DURRANT # 382; J. GARCIA-CASH # 397; T.J. MURRAY # 398; J.J. MYERS # 355; C.J. O'LEARY # 395; JARED QUINONES # 363; R.A. ROSALES # 225; E.A. SORBY # 376; M.J. THOMSEN # 310; L.E. TURNER # 328; J.M. WILSON # 344; DETECTIVE ROBERT WEAVER # 4854; KODY LANE; and JOHN DOES 1-10, in their individual capacities, | |
| Defendants, | |

Page 1 – **STIPULATION FOR DISMISSAL**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

Plaintiffs, Black Unity, Martin Allums, Tyshawn Ford, Austin Johns, and Mya Lansing, and Defendant, the City of Springfield stipulate to a dismissal of this matter with prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated: 7/22 , 2026.

Marianne Dugan, OSB No. 932563
Of Attorney for Plaintiffs

Dated: 7|22 , 2026.

Thomas F. Armosino, OSB #911954
*Of Attorney for City of Springfield*

Page 2 -- STIPULATION FOR DISMISSAL

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333