UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BLACK UNITY; et al.,

Plaintiffs - Appellees,

v.

JOSEPH BURKE, #365 and Detective ROBERT WEAVER, #4854,

Defendants - Appellants,

CITY OF SPRINGFIELD, a municipal corporation; et al.,

Defendants.

No. 26-1157

D.C. No.
6:21-cv-00346-AA
District of Oregon,
Eugene

ORDER

Pursuant to the court's August 5, 2026, order (Docket Entry No. 11), this appeal is deemed dismissed voluntarily. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven Saltiel
Circuit Mediator